FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marco Torres<br><br>Defendant. | Case No. 21-mj-4544<br><br>**ORDER OF DETENTION AFTER HEARING**<br>**[Fed.R.Crim.P. 32.1(A)(6);**<br>**18 U.S.C. § 3143(A)]** |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on Defendant submits to detention.

1
2
3
4        and/or

5    B.     ( )      The defendant has not met his/her burden of establishing by clear and

6        convincing evidence that he/she is not likely to pose a danger to the safety of

7        any other person or the community if released under 18 U.S.C. § 3142(b) or

8        (c). This finding is based on: _Defendant submits to detention._

9
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending the

14    further revocation proceedings.

15
16    Dated: _9/30/2021_

17
18
19        _____
20                ALEXANDER F. MacKINNON
             UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28